**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-2074**

———————

DESHANTA HINTON,

Plaintiff - Appellant,

versus

LANHAM FORD MOTOR COMPANY,

Defendant - Appellee,

and

JOHN DOE, JR., General Manager, Lanham Ford
Motor Company; PAUL TIMKO, Special Agent for
the FBI; KAREN NESTER, Special Agent for the
FBI; UNKNOWN FBI AGENTS; UNITED STATES
DEPARTMENT OF JUSTICE, Federal Bureau of
Investigation,

Defendants.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(8:05-cv-02425-AW)

———————

Submitted:  August 13, 2007        Decided:  August 21, 2007

———————

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

DeShanta Hinton, Appellant Pro Se. John Paul Lynch, Charles Henry Henderson, MCNAMEE, HOSEA, JERNIGAN, KIM, GREENAN & WALKER, PA, Greenbelt, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

DeShanta Hinton seeks to appeal the district court's order dismissing certain defendants in her 42 U.S.C. § 1983 (2000) suit. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). In this case, claims remain pending in the district court against several other defendants. The order Hinton seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. <u>See Baird v. Palmer</u>, 114 F.3d 39, 42 (4th Cir.1997). Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>